## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Christopher Trahey                                    CHAPTER 13

                Debtor(s)

BKY. NO. 22-12163 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.


                Respectfully submitted,


/s/Rebecca Solarz
Rebecca Solarz
24 Aug 2022, 10:18:44, EDT


        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322