**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Christopher Trahey | | |
| | : | |
| Debtor | : | Bankruptcy No. 22-12163 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 09/03/2022, this case is hereby DISMISSED.

September 28, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:

Attorney Disclosure Statement
Chapter 13 Plan
Schedules A/B-J
Statement of Financial Affairs
Summary Assets & Liabilities B106
Ch 13 Income Form 122C-1
Means Test Calculation Form 122C-2

bfmisdoc