United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12163-mdc

Christopher Trahey     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Sep 29, 2022     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Trahey, 4204 Passmore Street, Philadelphia, PA 19135-3104 |
| 14718892 | + | CHRYSLER CAPITAL, 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 14715935 | + | Freedom Mortgage Corporation, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14714778 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14714253 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 29 2022 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14714227 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2022 23:51:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14714226 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2022 23:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14714228 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2022 23:56:38 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14714229 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2022 23:56:38 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14717365 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2022 23:56:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14714233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2022 23:56:43 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14714232 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2022 23:56:36 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14714235 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2022 23:51:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14714234 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2022 23:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14714236 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 29 2022 23:51:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14714237 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 29 2022 23:51:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |

Case 22-12163-mdc   Doc 16   Filed 10/01/22   Entered 10/02/22 00:27:00   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2022 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 14714239 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 29 2022 23:56:38 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016-6097 |
| 14714238 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 29 2022 23:56:38 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 14714241 | | Email/Text: FMClaims@Firstmarkservices.com | Sep 29 2022 23:51:41 | Fm/firstma, 121 South 13th Street, Lincoln, NE 68508 |
| 14714240 | | Email/Text: FMClaims@Firstmarkservices.com | Sep 29 2022 23:51:41 | Fm/firstma, Attn: Bankruptcy, 121 S 13th St #201, Lincoln, NE 68508 |
| 14714243 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 29 2022 23:51:00 | Freedom Mortgage Corporation, P.o. Box 50485, Indianapolis, IN 46250-0485 |
| 14714242 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 29 2022 23:51:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14715839 | ^ | MEBN | Sep 29 2022 23:50:10 | Freedom Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14714230 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2022 23:56:34 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14714231 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2022 23:56:42 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14721468 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 29 2022 23:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14715550 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14714244 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:39 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14714245 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:56:35 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14714246 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 29 2022 23:51:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14714247 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 29 2022 23:51:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 14721965 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2022 23:56:42 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14714248 | + | Email/Text: bncmail@w-legal.com | Sep 29 2022 23:51:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14714249 | + | Email/Text: bncmail@w-legal.com | Sep 29 2022 23:51:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 14714250 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 29 2022 23:51:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14714251 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 29 2022 23:51:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14714252 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 29 2022 23:51:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 14714254 | + | Email/Text: Bankruptcy@wsfsbank.com | Sep 29 2022 23:51:00 | Wsfs Chek, 30 Blue Hen Dr, Newark, DE 19713-3460 |

TOTAL: 35

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 29, 2022 | Form ID: pdf900 | Total Noticed: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Christopher Trahey support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Christopher Trahey | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-12163 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 09/03/2022, this case is hereby DISMISSED.

September 28, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:

Attorney Disclosure Statement
Chapter 13 Plan
Schedules A/B-J
Statement of Financial Affairs
Summary Assets & Liabilities B106
Ch 13 Income Form 122C-1
Means Test Calculation Form 122C-2

bfmisdoc